## Pink HARDEE v. STATE.
### No. 16644.

Court of Criminal Appeals of Texas.

April 18, 1934.

Rehearing Denied May 16, 1934.

W. E. Myres, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The indictment is regular and regularly presented. The evidence heard before the trial court is not brought forward for review. No fault in the procedure has been perceived or pointed out.

The judgment is affirmed.

## T. S. HAYDEN v. STATE.
### No. 16672.

Court of Criminal Appeals of Texas.

April 18, 1934.

Nami & Vaughan, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for embezzlement; penalty assessed at confinement in the penitentiary for six years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Robert J. HUNTER v. STATE.
### No. 16716.

Court of Criminal Appeals of Texas.

April 18, 1934.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

There are no facts or bills of exception in the record. All matters of procedure appear regular.

The judgment will be affirmed.